Sean D. Lyttle, Esq., Bar #11640
SLyttle@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101

*Attorneys for Plaintiff*
*D & R's Aspen Retirement Plan, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| D & R'S ASPEN RETIREMENT PLAN, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT DEGRAFF,<br><br>Defendant. | Case No. 2:11-cv-00073-JCM-LRL<br><br>**PLAINTIFF'S MOTION TO WITHDRAW WRITS OF GARNISHMENT #5 THROUGH #15** |

Plaintiff D & R's Aspen Retirement Plan, LLC, by and through its attorney of record, Sean D. Lyttle, Esq. of Brownstein Hyatt Farber Schreck, hereby moves this court to withdraw its Writs of Garnishment #5, #6, #7, #8, #9, #10, #11, #12, #13, #14, and #15. The Writs were submitted in error.

DATED this 21st day of January, 2011.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

_____
Sean D. Lyttle, Esq.,
Nevada Bar No. 11640
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

*Attorneys for Plaintiff D & R's Aspen Retirement Plan, LLC*

13469\1\1493644.1

1

# O R D E R

IT IS SO ORDERED.

*/s/ Leavitt*

United States XXXXX Magistrate Judge

Case No. 2:11-cv-00073-JCM-LRL

Dated: 8-12-11

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

13469\1\1493644.1

2